```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

       - v -                     :         NOTICE OF INTENT TO
                                           FILE AN INFORMATION
JILANI HUMAYUN,                  :
                                           07 Mag. 1137
              Defendant.         :

- - - - - - - - - - - - - - - - x
```

**07 CRIM 1200**

[JUDGE SWAIN stamp]

   Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          December 17, 2007

                                  MICHAEL J. GARCIA
                                  United States Attorney

                         By:      _____
                                  Christopher Lavigne
                                  Assistant United States Attorney


                                  AGREED AND CONSENTED TO:

                         By:      _____
                                  Joyce London, Esq.
                                  Attorney for Jilani Humayun

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07