

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 2 1 2007

December 21, 2007

By Facsimile – 212-805-0426

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: United States v. Humayun Jilani, a/k/a "Jilani Humayun," a/k/a "Zach H.," a/k/a "S. Humayun," 07 Cr. 1200 (LTS)

Dear Judge Swain:

The above Information was filed on December 19, 2007, and was assigned to Your Honor that day. I have enclosed a copy of the Information for Your Honor's files. The defendant was arraigned in Magistrate's Court on December 19, 2007, and time was excluded under the Speedy Trial Act until January 2, 2008 (at which an initial conference date was set before Your Honor). The parties have been engaged in discussions regarding a disposition of this matter for some time, and anticipate a resolution soon. Accordingly, both parties request that the January 2, 2008 date be adjourned for a period of approximately three weeks, and that time be excluded under the Speedy Trial Act during this period so the parties can continue to engage in discussions and reach a disposition.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Christopher L. LaVigne
Assistant U.S. Attorney
(212) 637-2325

THE REQUESTED ADJOURNMENT AND EXCLUSION ARE GRANTED. THE CONFERENCE IS ADJOURNED TO JANUARY 25, 2008, AT 3:15 P.M. THE COURT FINDS THAT THE ENDS OF JUSTICE SERVED BY THE GRANTING OF AN EXCLUSION FROM SPEEDY TRIAL COMPUTATIONS FOR THE PERIOD FROM TODAY'S DATE THROUGH JANUARY 25, 2008, OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL BECAUSE OF THE NEED FOR REASONABLE TIME FOR EFFECTIVE TRIAL PREPARATION AND ONGOING DISCUSSIONS. THE COURT, ACCORDINGLY, EXCLUDES SUCH TIME PERIOD PROSPECTIVELY. SO ORDERED.

_____ 12/21/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies mailed/faxed to ___AUSA___
Chambers of Judge Swain
12-21-07