

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
JAN 2 5 2008

January 24, 2008

By Facsimile – 212-805-0426

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:    United States v. Humayun Jilani, a/k/a "Jilani Humayun," a/k/a "Zach H.," a/k/a "S. Humayun," 07 Cr. 1200 (LTS)

Dear Judge Swain:

       The Government writes to inform Your Honor that the parties are in discussions regarding the above-captioned matter but have not reached a disposition. Accordingly, the parties ask that tomorrow's conference be adjourned for a period of approximately one month, until a convenient date for the Court during the week of February 25, 2008, so that the parties can continue their discussions and reach a disposition. In addition, I am starting a two week trial before the Honorable Alvin K. Hellerstein on February 11, 2008.

       In addition, both parties request that time be excluded under the Speedy Trial Act until the next conference that Your Honor sets, on the grounds that the ends of justice served by taking the action outweigh the public's and the defendant's interest in a speedy trial because this exclusion will allow the parties to engage in plea discussions.

*The foregoing adjournment and exclusion requests are granted as in the interests of justice. The conference is adjourned to February 26, 2008, at 12:45pm. Time is excluded from speedy trial computations through February 26, 2008.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Christopher L. LaVigne
Assistant U.S. Attorney
(212) 637-2325

SO ORDERED.

cc:    Joyce London, Esq.

_____ 1/24/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE