

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 15 2008

April 14, 2008

By Facsimile – 212-805-0426

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Humayun Jilani, a/k/a "Jilani Humayun," a/k/a "Zach H.," a/k/a "S. Humayun," 07 Cr. 1200 (LTS)

Dear Judge Swain:

    The Government writes to inform Your Honor that the parties are in discussions regarding the above-captioned matter, have not reached a disposition, but hope to do so soon. Accordingly, the Government ask that the conference set for April 17, 2008 be adjourned for a period of approximately one month, so that the parties can continue their discussions and reach a disposition.

    In addition, the Government requests that time be excluded under the Speedy Trial Act until the next conference that Your Honor sets, on the grounds that the ends of justice served by taking the action outweigh the public's and the defendant's interest in a speedy trial because this exclusion will allow the parties to engage in plea discussions. I have conferred with Joyce London, attorney for Humayun Jilani, who does not object to this request.

*The foregoing adjournment and exclusion requests are granted as in the interests of justice. The conference is adjourned to May 16, 2008, at 3:30 pm and time is hereby excluded from speedy trial computations through that date.*

*SO ORDERED 4/15/08*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Christopher L. LaVigne
Christopher L. LaVigne
Assistant U.S. Attorney
(212) 637-2325

**LAURA TAYLOR SWAIN U.S.D.J.**

cc:    Joyce London, Esq.