

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 14, 2008

**MEMO ENDORSED**

By Facsimile – 212-805-0426

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   United States v. Humayun Jilani, a/k/a "Jilani Humayun," a/k/a "Zach H.," a/k/a "S. Humayun," 07 Cr. 1200 (LTS)

Dear Judge Swain:

        The Government writes to request an adjournment of the above-captioned matter until May 30, 2008 (which will serve as a control date). The reason for this request is that I have an oral argument set for this Friday in the United States District Court for the Southern District of Florida and will therefore be unavailable. In addition, the parties inform Your Honor that they are in discussions regarding the above-captioned matter, have not reached a disposition, but hope to do so soon. In addition, the parties have been instructed to appear in a Magistrate's Court in the event a disposition is reached before May 30, 2008.

        The Government requests that time be excluded under the Speedy Trial Act until the next conference that Your Honor sets, on the grounds that the ends of justice served by taking the action outweigh the public's and the defendant's interest in a speedy trial because this exclusion will allow the parties to engage in plea discussions. I have conferred with Joyce London, attorney for Humayun Jilani, who does not object to this request.

*The foregoing adjournment and exclusion requests are granted as in the interests of justice. The conference is adjourned to May 30, 2008, at 9:30 AM and time is excluded from speedy trial computations through that date.*
*SO ORDERED.*
*5/14/2008*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Christopher L. LaVigne
Assistant U.S. Attorney
(212) 637-2325

cc:   Joyce London, Esq.

LAURA TAYLOR SWAIN U.S.D.J.

TOTAL P.002