

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: MAY 3 0 2008

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 29, 2008

By Facsimile – 212-805-0426

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:    United States v. Humayun Jilani, a/k/a "Jilani Humayun," a/k/a "Zach H.," a/k/a "S. Humayun," 07 Cr. 1200 (LTS)

Dear Judge Swain:

    The Government writes to request an adjournment of the conference in the above-captioned matter (currently set for tomorrow) until June 19, 2008 at 12:30 p.m. (which will serve as a control date). The reason for this request is that the parties are in continued discussions regarding the above-captioned matter, have not reached a disposition, but hope to do so soon.

    The Government requests that time be excluded under the Speedy Trial Act until the next conference that Your Honor sets, on the grounds that the ends of justice served by taking the action outweigh the public's and the defendant's interest in a speedy trial because this exclusion will allow the parties to engage in plea discussions. I have conferred with Joyce London, attorney for Humayun Jilani, who does not object to this request.

*The foregoing adjournment and exclusion requests are granted as in the interests of justice.*

SO ORDERED.

/s/ Laura Taylor Swain 5/29/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
    cc:    Joyce London, Esq.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Christopher L. LaVigne
Christopher L. LaVigne
Assistant U.S. Attorney
(212) 637-2325